UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :        CHAPTER 13

MONDY DORSAINVIL,                         :

          Debtor                     :        BANKRUPTCY NO. 16-16248AMC

**MODIFIED CHAPTER 13 PLAN**

1.      The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum of $563.19 monthly for a period of the 54 months remaining in this Chapter 13 Plan.*

2.      From the payments so received, the Trustee shall make disbursements as follows:
        (a)     Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507. **$2,400.00** to James D. Moran, attorney for Debtor. **$606.56** to the Internal Revenue Service on account of income taxes due for tax year 2013. **$478.25** to the City of Philadelphia on account of a 2013 wage tax.

        (b)     Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
**$25,902.59** to HSBC Bank USA, National Association, America's Servicing Company, on account of mortgage arrears, late charges, court costs and attorney's fees.
**Santander Consumer USA.** Car loan. Debtor current. No payments to be made in Chapter 13 Plan. Debtor to maintain his post-petition car loan payments directly to Santander Consumer USA.

        (c)     Pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed.

*Payments under the Modified Chapter 13 Plan will be as follows:

| | |
|---|---|
| Total to be paid in Chapter 13 Plan: | $32,652.67 |
| Amount paid to date: | - 2,240.52 |
| Balance to be paid over remaining 54 months | $30,412.15 |

(Standing Trustee Percentage Fee to be determined by the Attorney General and the Office of the U.S. Trustee.)

3.      The following executory contracts of the Debtor are rejected:  NONE

Title to the Debtor's property shall revest in the Debtor on confirmation of the Plan.

Dated: 3-30-2017

MONDY DORSAINVIL, Debtor

Acceptances may be mailed to:          JAMES D. MORAN, ESQUIRE
                                        Attorney for Debtor
                                        2230 Land Title Building
                                        100 South Broad Street
                                        Philadelphia, PA 19110
                                        (215) 751-1670
                                        Fax: (215) 563-8330
                                        E-mail: jamesdmoran@hotmail.com